


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV 25 AM 11:13
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
NOV - 7 2005
FILED
CLERK'S OFFICE

***DOCKET NO. 1657***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

***IN RE VIOXX PRODUCTS LIABILITY LITIGATION*** C05-3944 MHP

***(SEE ATTACHED SCHEDULE)***

## *CONDITIONAL TRANSFER ORDER (CTO-30)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,028 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
NOV 23 2005
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
DEC - 6 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee
Process
X Dktd
CtRmDep
Doc. No

**SCHEDULE CTO-30 - TAG-ALONG ACTIONS**
**DOCKET NO. 1657**
**IN RE VIOXX PRODUCTS LIABILITY LITIGATION**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| ALABAMA NORTHERN | | |
| ~~ALN 2 05-2138~~ | ~~Cynthia L. Bright v. Merck & Co., Inc., et al.~~ Vacated 11/16/05 | |
| ARKANSAS EASTERN | | |
| ARE 4 05-1282 | Herbert Philip Malone v. Merck & Co., Inc. | 05-6092 |
| ARIZONA | | |
| AZ 2 05-3239 | Walter Carroll, et al. v. Merck & Co., Inc. | 05-6093 |
| CALIFORNIA CENTRAL | | |
| CAC 2 05-7107 | Cynthia Jackson v. Merck & Co., Inc. | 05-6094 |
| CAC 2 05-7225 | Paul Fisher v. Merck & Co., Inc. | 05-6095 |
| ~~CAC 2 05-7366~~ | ~~Tara Warner, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/22/05 | |
| CALIFORNIA NORTHERN | | |
| CAN 3 05-3942 | Reginald Gerald Pates v. Merck & Co., Inc. | 05-6096 |
| CAN 3 05-3944 | Charles Cutter Werdel v. Merck & Co., Inc. | 05-6097 |
| CAN 3 05-3945 | Donald William Hughes v. Merck & Co., Inc. | 05-6098 |
| CAN 3 05-4101 | Gregory C. Papedo, et al. v. Cardiology Associates of Marin, et al. | 05-6099 |
| CAN 3 05-4213 | Jeanne Bale, et al. v. Merck & Co., Inc. | 05-6100 |
| CAN 3 05-4215 | Walter J. Ledergerber v. Merck & Co., Inc. | 05-6101 |
| CAN 5 05-3935 | Harold Sanborn v. Merck & Co., Inc. | 05-6102 |
| CAN 5 05-3936 | Betty Walls v. Merck & Co., Inc. | 05-6103 |
| COLORADO | | |
| CO 1 05-1906 | Kenneth E. Cotter v. Merck & Co., Inc. | 05-6104 |
| CO 1 05-2043 | Rosanne Rains v. Merck & Co., Inc. | 05-6105 |
| CO 1 05-2049 | Heather Kiefer, etc. v. Merck & Co., Inc. | 05-6106 |
| CONNECTICUT | | |
| CT 3 05-1607 | Edith Sokoloff, et al. v. Merck & Co., Inc. | 05-6107 |
| FLORIDA MIDDLE | | |
| FLM 2 05-506 | Susan Kairalla v. Merck & Co., Inc. | 05-6108 |
| FLM 3 05-1036 | Darrell Roberson v. Merck & Co., Inc., et al. | 05-6109 |
| FLM 3 05-1037 | Ruby Cochran v. Merck & Co., Inc., et al. | 05-6110 |
| FLM 3 05-1038 | Donnie Frye, et al. v. Merck & Co., Inc., et al. | 05-6111 |
| FLM 3 05-1039 | John Jugenheimer v. Merck & Co., Inc. | 05-6112 |
| FLM 3 05-1040 | Leslie Hantz, et al. v. Merck & Co., Inc., et al. | 05-6113 |
| FLM 3 05-1041 | Gary Lee Bell, Sr., et al. v. Merck & Co., Inc., et al. | 05-6114 |
| FLM 3 05-1042 | Gwendolyn L. Jones, et al. v. Merck & Co., Inc., et al. | 05-6115 |
| FLM 8 05-1826 | John Laing v. Merck & Co., Inc. | 05-6116 |
| FLORIDA SOUTHERN | | |
| FLS 0 05-61625 | Felice J. Tavano, et al. v. Merck & Co., Inc. | 05-6117 |
| FLS 9 05-80899 | Joseph Aparo, etc. v. Merck & Co., Inc., et al. | 05-6118 |

SCHEDULE CTO-30 TAG-ALONG ACTIONS (MDL-1657)



| DIST. DIV. C.A. # | | | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|---|---|
| GEORGIA NORTHERN | | | | |
| GAN | 1 | 05-2594 | Diane Rowles v. Merck & Co., Inc. | 05-6119 |
| GAN | 1 | 05-2597 | Ronald Nunn v. Merck & Co., Inc. | 05-6120 |
| GAN | 1 | 05-2598 | The Estate of Lawrence Reeves v. Merck & Co., Inc. | 05-6121 |
| GAN | 1 | 05-2599 | Tamma Wilson v. Merck & Co., Inc. | 05-6122 |
| GAN | 4 | 05-213 | David Melton v. Merck & Co., Inc. | 05-6123 |
| IOWA SOUTHERN | | | | |
| IAS | 4 | 05-555 | Mary A. Majors, et al. v. Merck & Co., Inc. | 05-6124 |
| IDAHO | | | | |
| ID | 1 | 05-402 | Norman McMurtrie, et al. v. Merck & Co., Inc. | 05-6125 |
| ID | 2 | 05-408 | James Blaine, et al. v. Merck & Co., Inc. | 05-6126 |
| ID | 4 | 05-400 | Robert Ramos, et al. v. Merck & Co., Inc. | 05-6127 |
| ILLINOIS NORTHERN | | | | |
| ILN | 1 | 05-5776 | Roger Gleason, et al. v. Merck & Co., Inc. | 05-6128 |
| ILN | 1 | 05-5820 | Geraldine Boness, etc. v. Merck & Co., Inc. | 05-6129 |
| INDIANA NORTHERN | | | | |
| INN | 3 | 05-615 | Kenneth Ross v. Merck & Co., Inc. | 05-6130 |
| INDIANA SOUTHERN | | | | |
| INS | 1 | 05-1496 | Ronald Higgins, et al. v. Merck & Co., Inc. | 05-6131 |
| KENTUCKY EASTERN | | | | |
| KYE | 0 | 05-188 | Myrtle Suttles v. Merck & Co., Inc. | 05-6132 |
| ~~KYE~~ | ~~3~~ | ~~05-68~~ | ~~Ronald E. Smith, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYE | 3 | 05-69 | Joann Wright v. Merck & Co., Inc. | 05-6133 |
| KYE | 3 | 05-70 | Virginia A. Hendershot, et al. v. Merck Co., Inc., et al. | 05-6134 |
| ~~KYE~~ | ~~5~~ | ~~05-412~~ | ~~James Parsons, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYE~~ | ~~5~~ | ~~05-413~~ | ~~Gene Patterson, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYE | 5 | 05-415 | Carolyn Hurt, etc. v. Merck & Co., Inc. | 05-6135 |
| KYE | 5 | 05-416 | Kathleen Weinberg v. Merck & Co., Inc. | 05-6136 |
| KYE | 5 | 05-419 | Marcus Fitzgerald v. Merck & Co., Inc. | 05-6137 |
| KYE | 5 | 05-422 | Roger Allen, et al. v. Merck & Co., Inc., et al. | 05-6138 |
| ~~KYE~~ | ~~5~~ | ~~05-423~~ | ~~Tresa Brady, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 | |
| KYE | 5 | 05-424 | Jerry Gill v. Merck & Co., Inc. | 05-6139 |
| ~~KYE~~ | ~~5~~ | ~~05-425~~ | ~~Maudie F. Jones, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYE | 5 | 05-428 | Lucille Reed v. Merck & Co., Inc. | 05-6140 |
| KYE | 5 | 05-429 | Wendell Gene Johnson v. Merck & Co., Inc. | 05-6141 |
| KYE | 5 | 05-430 | Helen Hubbard v. Merck & Co., Inc. | 05-6142 |
| KYE | 5 | 05-431 | Ann Happy v. Merck & Co., Inc. | 05-6143 |
| KYE | 5 | 05-438 | Lila M. Jones v. Merck & Co., Inc. | 05-6144 |
| KYE | 5 | 05-439 | Christine Harney v. Merck & Co., Inc. | 05-6145 |
| KYE | 6 | 05-560 | Mary Ann Nolan v. Merck & Co., Inc. | 05-6146 |
| KYE | 6 | 05-564 | Brenda Kay Risner v. Merck & Co., Inc. | 05-6147 |
| ~~KYE~~ | ~~6~~ | ~~05-565~~ | ~~Bonnie Engle v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYE~~ | ~~7~~ | ~~05-317~~ | ~~James T. Bevins, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYE | 7 | 05-323 | Paul Lowe v. Merck & Co., Inc. | 05-6148 |
| KYE | 7 | 05-324 | Jeffery Blankenship v. Merck & Co., Inc. | 05-6149 |
| KYE | 7 | 05-325 | James Harvey Estep, et al. v. Merck & Co., Inc. | 05-6150 |
| KYE | 7 | 05-326 | Ruth Ann Smith v. Merck & Co.., Inc. | 05-6151 |
| KYE | 7 | 05-327 | Earyetta Gillman, etc. v. Merck & Co., Inc. | 05-6152 |
| KYE | 7 | 05-328 | Otis Johnson v. Merck & Co., Inc. | 05-6153 |
| ~~KYE~~ | ~~7~~ | ~~05-330~~ | ~~James Howell, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYE | 7 | 05-334 | Mitchell Kimbler, Jr., et al. v. Merck & Co., Inc. | 05-6154 |

SCHEDULE CTO-30 TAG-ALONG ACTIONS (MDL-1657) 

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| KENTUCKY WESTERN | | |
| ~~KYW 3 05-565~~ | ~~Carl D. Mahan, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-566~~ | ~~Samuel Bain, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| KYW 3 05-567 | Linda Horton v. Merck & Co., Inc. | 05-6155 |
| ~~KYW 3 05-568~~ | ~~Wenceslaus Klimesh, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-569~~ | ~~Glen Kelly v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-570~~ | ~~Barry M. Kinslow v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-571~~ | ~~Barbara A. Reeves, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-572~~ | ~~Betty Wooldridge, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-573~~ | ~~Bernice Eversole, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-581~~ | ~~Earl G. Crank, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-582~~ | ~~Phillip Metcalf, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-585~~ | ~~Allen Dowell, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-586~~ | ~~Lois Zoll v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-587~~ | ~~Helen Dennison v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-588~~ | ~~Lana Yaggie, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-589~~ | ~~Kim Young, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-590~~ | ~~William E. Garrett, et al. v Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-591~~ | ~~William M. Adams, Jr., et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-592~~ | ~~Linda Howard, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-593~~ | ~~Richard Wigginton, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-595~~ | ~~Sharon McDonald v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 | |
| KYW 3 05-596 | Ronnie Bailey v. Merck & Co., Inc. | 05-6156 |
| ~~KYW 3 05-600~~ | ~~Dennie Miller, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-601~~ | ~~David G. Thomas v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-602~~ | ~~George R. Hubbard, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-603~~ | ~~Joseph E. Newton, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-605~~ | ~~Elmer Smith, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-606~~ | ~~Violet Bailey, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-607~~ | ~~Joyce Skillman v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-608~~ | ~~Charles Ball, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-609~~ | ~~Lucky Daniels, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-610~~ | ~~Lovell S. Cottrell, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-615~~ | ~~Charles Orange, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-616~~ | ~~Earl J. Estep, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-617~~ | ~~Michael T. Mooney, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-618~~ | ~~Juanita King v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-619~~ | ~~Marjorie Staten, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-620~~ | ~~Bernard Griffin, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-621~~ | ~~Anthony Long, etc. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-622~~ | ~~Cleo D. Gilbert, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-626~~ | ~~Vanessa Wisenbaler v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-627~~ | ~~Charles Nantz, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-628~~ | ~~Annie Hendrix v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-629~~ | ~~Carolyn A. Ward v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-630~~ | ~~William E. Kaufman, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-631~~ | ~~Donna C. Russel, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-632~~ | ~~Delbert Rakes, et al. v. Merck & Co., Inc.~~ Opposed 11/23/05 | |
| ~~KYW 3 05-646~~ | ~~Timmy Glass, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/23/05 | |
| LOUISIANA MIDDLE | | |
| LAM 3 05-1124 | Keiffer Meyers v. Merck & Co., Inc. | 05-6157 |
| LAM 3 05-1142 | Terri Ann LeBlanc v. Merck & Co., Inc. | 05-6158 |
| LAM 3 05-1174 | Mitchell Alongio, et al. v. Merck & Co., Inc. | 05-6159 |
| LAM 3 05-1177 | Rosalie H. Bienvenu, et al. v. Merck & Co., Inc. | 05-6160 |
| LAM 3 05-1184 | Beverly Wilson, et al. v. Merck & Co., Inc. | 05-6161 |
| LAM 3 05-1190 | Clara Norman, et al. v. Merck & Co, Inc. | 05-6162 |

SCHEDULE CTO-30 TAG-ALONG ACTIONS (MDL-1657)



| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| LAM 3 05-1196 | Angela Ralston v. Merck & Co., Inc. | 05-6163 |
| LAM 3 05-1199 | Winthrop Winborn v. Merck & Co., Inc. | 05-6164 |
| LAM 3 05-1200 | Tommy Stringer, et al. v. Merck & Co., Inc. | 05-6165 |
| LOUISIANA WESTERN | | |
| LAW 1 05-1727 | Tiffany Soignet, etc. v. Merck & Co., Inc. | 05-6166 |
| LAW 2 05-1764 | Moses Gilbert v. Merck & Co., Inc. | 05-6167 |
| LAW 3 05-1607 | Vera B. Hill v. Merck & Co., Inc. | 05-6168 |
| LAW 3 05-1766 | Nealy J. Britton v. Merck & Co., Inc. | 05-6169 |
| LAW 5 05-1757 | Gerald R. Soileau, et al. v. Merck & Co., Inc. | 05-6170 |
| LAW 6 05-1720 | Wendell Wyatt, et al. v. Merck & Co., Inc. | 05-6171 |
| MASSACHUSETTS | | |
| MA 1 05-11984 | Linda Isner, etc. v. Merck & Co., Inc. | 05-6172 |
| MA 1 05-12018 | Lynda Lowe, etc. v. PJC Realty MA, Inc., et al. | 05-6173 |
| MA 1 05-12087 | Gunnar Hagen v. Merck & Co., Inc. | 05-6174 |
| MINNESOTA | | |
| MN 0 05-2331 | Charles Spickard, etc. v. Merck & Co., Inc. | 05-6175 |
| MN 0 05-2333 | Donald F. Damer v. Merck & Co., Inc. | 05-6176 |
| MN 0 05-2375 | Charles Slauson v. Merck & Co., Inc. | 05-6177 |
| MN 0 05-2376 | Corrine Lewis v. Merck & Co., Inc. | 05-6178 |
| MN 0 05-2378 | Jeanne M. Lonergan v. Merck & Co., Inc. | 05-6179 |
| ~~MN 0 05-2406~~ | ~~Sena Hays, etc. v. Merck & Co., Inc.~~ | ~~05-6180~~ |
| MN 0 05-2407 | Rovena Ward, etc. v. Merck & Co., Inc. | 05-6181 |
| MN 0 05-2441 | Matthew Pacha v. Merck & Co., Inc. | 05-6182 |
| MN 0 05-2446 | Wendy Miller v. Merck & Co., Inc. | 05-6183 |
| MISSOURI EASTERN | | |
| MOE 2 05-64 | Margaret Miller, et al. v. Merck & Co., Inc. | 05-6184 |
| MOE 4 05-1665 | Lavenia Reeves v. Merck & Co., Inc. | 05-6185 |
| MOE 4 05-1667 | Esther Shipper v. Merck & Co., Inc. | 05-6186 |
| MOE 4 05-1668 | Audrey Brown, et al. v. Merck & Co., Inc., et al. | 05-6187 |
| MOE 4 05-1670 | Beverly J. Fitzgerald, et al. v. Merck & Co., Inc., et al. | 05-6188 |
| MOE 4 05-1671 | Ronald Pinto v. Merck & Co., Inc., et al. | 05-6189 |
| MOE 4 05-1742 | Zelma Howard v. Merck & Co., Inc., et al. | 05-6190 |
| MOE 4 05-1743 | Marie Olsten v. Merck & Co., Inc., et al. | 05-6191 |
| MOE 4 05-1749 | Linda Scott, et al. v. Merck & Co., Inc., et al. | 05-6192 |
| MOE 4 05-1754 | Ruth Carolyn Campbell v. Merck & Co., Inc., et al. | 05-6193 |
| MOE 4 05-1760 | Wanda Dodson, et al. v. Merck & Co., Inc. | 05-6194 |
| MOE 4 05-1762 | Maurice Banks, et al. v. Merck & Co., Inc. | 05-6195 |
| MOE 4 05-1831 | Rita Young, etc. v. Merck & Co., Inc., et al. | 05-6196 |
| MOE 4 05-1902 | Carolyna Bean, et al. v. Merck & Co., Inc., et al. | 05-6197 |
| MOE 4 05-1908 | Patricia A. Sanders v. Merck & Co., Inc., et al. | 05-6198 |
| MOE 4 05-1909 | Ivory Lindwedel v. Merck & Co., Inc., et al. | 05-6199 |
| MISSOURI WESTERN | | |
| ~~MOW 3 05-5142~~ | ~~Jimmie Collins v. Merck & Co., Inc., et al.~~ Opposed 11/22/05 | |
| MOW 4 05-935 | Martin Teckemeyer, et al. v. Merck & Co., Inc. | 05-6200 |
| MOW 4 05-961 | Marsha Gardner, etc. v. Merck & Co., Inc. | 05-6201 |
| MOW 4 05-962 | Melvina Lyons, etc. v. Merck & Co., Inc. | 05-6202 |
| MOW 4 05-963 | Hayward Ray, et al. v. Merck & Co., Inc. | 05-6203 |
| MOW 4 05-964 | Mary Jo O'Brien, etc. v. Merck & Co., Inc. | 05-6204 |
| MOW 4 05-965 | Zella Sellers, etc. v. Merck & Co., Inc. | 05-6205 |
| MOW 4 05-967 | Verna Scott, et al. v. Merck & Co., Inc. | 05-6206 |
| MOW 4 05-974 | Donald Davis Ford v. Merck & Co., Inc. | 05-6207 |
| MOW 4 05-975 | Randy Spearman, etc. v. Merck & Co., Inc. | 05-6208 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| MOW 4 05-1002 | Dennis Bosch, etc. v. Merck & Co., Inc. | 05-6209 |
| MOW 4 05-1003 | Porter Smith, et al. v. Merck & Co., Inc. | 05-6210 |
| MOW 4 05-1004 | Sandra Amend v. Merck & Co., Inc. | 05-6211 |
| MISSISSIPPI SOUTHERN | | |
| MSS 2 05-2079 | Tommy J. Harper v. Merck & Co., Inc. | 05-6212 |
| MSS 2 05-2080 | Laura P. Meadows v. Merck & Co., Inc. | 05-6213 |
| MSS 4 05-166 | Nadene Caves v. Merck & Co., Inc. | 05-6214 |
| NEW JERSEY | | |
| NJ 3 05-4951 | Lawrence Coleman v. Merck & Co., Inc. | 05-6215 |
| NEW MEXICO | | |
| NM 1 05-641 | Margaret Albaugh v. Merck & Co., Inc., et al. | 05-6216 |
| NEW YORK EASTERN | | |
| NYE 1 05-4865 | Everardo S. Aguilar v. Merck & Co., Inc., et al. | 05-6217 |
| NYE 1 05-4881 | Robert Casciani, et al. v. Merck & Co., Inc. | 05-6218 |
| NYE 1 05-4893 | Evelyn Riquelme, etc. v. Merck & Co., Inc. | 05-6219 |
| NYE 1 05-4908 | May Taliaferrow, etc. v. Merck & Co., Inc. | 05-6220 |
| NEW YORK NORTHERN | | |
| NYN 3 05-1315 | Robert D. Gates, et al. v. Merck & Co., Inc. | 05-6221 |
| ~~NYN 5 05-1277~~ | ~~Charlotte E. Fisehetti v. Merck & Co., Inc.~~ | ~~05-6222~~ |
| NEW YORK SOUTHERN | | |
| NYS 1 05-8599 | Robert Jones v. Merck & Co., Inc. | 05-6223 |
| OHIO NORTHERN | | |
| OHN 1 05-2304 | Bonnie Beck, etc. v. Merck & Co., Inc. | 05-6224 |
| OHIO SOUTHERN | | |
| OHS 1 05-645 | Michael D. Lewis, et al. v. Merck & Co., Inc. | 05-6225 |
| OHS 2 05-909 | Effie Gamble v. Merck & Co., Inc. | 05-6226 |
| OKLAHOMA EASTERN | | |
| OKE 6 05-400 | Kerry Olive, etc. v. Merck & Co., Inc. | 05-6227 |
| OKE 6 05-401 | Patricia McFarland, etc. v. Merck & Co., Inc. | 05-6228 |
| OKLAHOMA WESTERN | | |
| OKW 5 05-1165 | Dale Ray Youree v. Merck & Co., Inc. | 05-6229 |
| OKW 5 05-1185 | Glenn McCormick v. Merck & Co., Inc. | 05-6230 |
| PENNSYLVANIA EASTERN | | |
| PAE 2 05-5316 | John T. Calderaio, etc. v. Merck & Co., Inc., et al. | 05-6231 |
| PAE 2 05-5446 | Delores T. Warner, et al. v. Merck & Co., Inc. | 05-6232 |
| PENNSYLVANIA WESTERN | | |
| PAW 2 05-1407 | James Ganss, et al. v. Merck & Co., Inc. | 05-6233 |
| PUERTO RICO | | |
| PR 3 05-2002 | Gladys Amadis-Rosario, et al. v. Merck & Co., Inc. | 05-6234 |
| PR 3 05-2012 | Juanita Cartagena-Marrero, et al. v. Merck & Co., Inc. | 05-6235 |
| PR 3 05-2013 | Alicia Guilbe-Mercado, et al. v. Merck & Co., Inc. | 05-6236 |

SCHEDULE CTO-30 TAG-ALONG ACTIONS (MDL-1657)



| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| SOUTH DAKOTA | | |
| SD 1 05-1044 | Herschel Niles v. Merck & Co., Inc. | 05-6237 |
| TENNESSEE EASTERN | | |
| TNE 1 05-263 | Donald E. Parris, et al. v. Merck & Co., Inc. | 05-6238 |
| TNE 1 05-268 | Margaret Davis v. Merck & Co., Inc. | 05-6239 |
| TNE 1 05-269 | Albert N. Norris v. Merck & Co., Inc. | 05-6240 |
| TNE 1 05-282 | Joseph Gravelle v. Merck & Co., Inc. | 05-6241 |
| ~~TNE 1 05-283~~ | ~~James E. Queen, et al. v. Merck & Co., Inc.~~ Opposed 11/22/05 | |
| TNE 3 05-443 | Evelyn R. Bishop v. Merck & Co., Inc. | 05-6242 |
| TNE 3 05-474 | Richard Counsil, et al. v. Merck & Co., Inc. | 05-6243 |
| TNE 3 05-484 | George W. Davis v. Merck & Co., Inc. | 05-6244 |
| TENNESSEE MIDDLE | | |
| TNM 1 05-69 | Patricia C. Blackwell, et al. v. Merck & Co., Inc. | 05-6245 |
| TNM 3 05-812 | Hugh Daniel, II v. Merck & Co., Inc. | 05-6246 |
| TNM 3 05-828 | Walterine Reed, et al. v. Merck & Co., Inc. | 05-6247 |
| TNM 3 05-829 | Bonnie Payne, et al. v. Merck & Co., Inc. | 05-6248 |
| TENNESSEE WESTERN | | |
| TNW 1 05-1298 | Frederick E. Cook, Sr., et al. v. Merck & Co., Inc., et al. | 05-6249 |
| TNW 1 05-1299 | Donald L. D'Amico, et al. v. Merck & Co., Inc., et al. | 05-6250 |
| TNW 1 05-1314 | Roy Arnold, Sr., et al. v. Merck & Co., Inc., et al. | 05-6251 |
| TNW 1 05-1315 | James P. Young v. Merck & Co., Inc., et al. | 05-6252 |
| TNW 2 05-2704 | Patsy Hunter v. Merck & Co., Inc. | 05-6253 |
| TNW 2 05-2705 | Betty Carter v. Merck & Co., Inc. | 05-6254 |
| TNW 2 05-2721 | Benjamin Davis, et al. v. Merck & Co., Inc. | 05-6255 |
| TNW 2 05-2730 | Earline Norwood v. Merck & Co., Inc. | 05-6256 |
| TNW 2 05-2733 | Tony Gallo, et al. v. Merck & Co., Inc. | 05-6257 |
| TNW 2 05-2775 | Phillip M. Smith, et al. v. Merck & Co., Inc. | 05-6258 |
| TNW 2 05-2777 | Dana Turner, etc. v. Baptist Memorial Hospital, et al. | 05-6259 |
| TEXAS EASTERN | | |
| TXE 1 05-678 | Irene Carr, etc. v. Merck & Co., Inc. | 05-6260 |
| TEXAS SOUTHERN | | |
| TXS 2 05-502 | Ivey F. Crisp v. Merck & Co., Inc. | 05-6261 |
| TXS 2 05-503 | Harold E. Caldwell v. Merck & Co., Inc. | 05-6262 |
| TXS 4 05-3529 | Ellen Vidler, et al. v. Merck & Co., Inc. | 05-6263 |
| TXS 7 05-335 | Maria P. Gonzalez v. Merck & Co., Inc., et al. | 05-6264 |
| VIRGINIA EASTERN | | |
| VAE 1 05-1161 | Charles Phillips v. Merck & Co., Inc. | 05-6265 |
| VAE 2 05-582 | William V. Hadsell, Jr. v. Merck & Co., Inc. | 05-6266 |
| WASHINGTON WESTERN | | |
| WAW2 05-1742 | Betty Ely, et al. v. Merck & Co., Inc. | 05-6267 |

Frantz/TNMD/06/USCOURTS@USCOURTS, Tom Gould/TNWD/06/USCOURTS@USCOURTS, David Maland/TXED/05/USCOURTS@USCOURTS, Michael Milby/TXSD/05/USCOURTS@USCOURTS, Elizabeth Paret/VAED/04/USCOURTS@USCOURTS, Bruce Rifkin/WAWD/09/USCOURTS@USCOURTS

cc

Subject CTO-30

**IN RE: MDL 1657**
**VIOXX PRODUCTS LIABILITY LITIGATION**

Attached is a certified copy of the transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case(s) listed be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. The order includes the case number(s) assigned to each action by the Eastern District of Louisiana.

The Honorable Eldon E. Fallon, U.S. District Judge, issued an order directing that the transferred of records consist of only a certified copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

Please forward the above requested documents, preferably as PDF documents attached to an email addressed to vioxx_mdl_clerk@laed.uscourts.gov. Please attach separate PDFs for each of the documents. If this is not possible, please forward the printed copies of the requested documents via mail.

Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

Very truly yours,
Loretta G. Whyte, Clerk
Eastern District of Louisiana



cto-30.pdf